THE PEOPLE OF THE STATE OF NEW YORK ex rel. UNION AND ADVERTISER COMPANY, Appellant, *v.* JOSEPH STALLKNECHT, JR., et al., Composing the Democratic Members of the Board of Supervisors of Monroe County, Respondents.

*People ex rel. Union & Adv. Co.* v. *Stallknecht,* 119 App. Div. 917, reversed.

(Argued June 11, 1907; decided June 14, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 15, 1907, which dismissed a writ of certiorari and confirmed the action of the defendants in designating a Democratic newspaper to publish the Session Laws and concurrent resolutions of the legislature in Monroe county.

*James S. Havens* for appellant.

*George D. Forsyth* for respondents.

Order reversed and determination of respondents annulled, with costs to the plaintiff against the respondents, the supervisors of the county of Monroe, on the ground that according

to the undenied allegations of the petition the *Labor Journal* was not, regard being had to the advocacy by such paper of the principles of the Democratic party and its support of the state and national nominees thereof, and to its regular and general circulation in the towns of the county of Monroe, a proper paper to publish the Session Laws and concurrent resolutions of the legislature for 1907; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WERNER and HISCOCK, JJ. Not voting: HAIGHT, J.